IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>    Plaintiff,<br><br>v.<br><br>WARDEN WILLIAM STICKMAN,<br>ET AL.,<br>    Defendants. | Civil Action No. 12-1332 |

## ORDER

AND NOW, this 7th day of February, 2013, the Court having received plaintiff's Motion for Leave to Voluntarily Dismiss the Complaint against defendant Darlene Thomas only [document #32], IT IS HEREBY ORDERED that the motion is GRANTED. Defendant Darlene Thomas, identified as "Darlene, Kitchen Manager", is hereby DISMISSED from the instant case and her pending Motion to Dismiss, or in the Alternative, for Summary Judgment [document #23] is DENIED AS MOOT.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:    John Richard Jae, KQ-2569
        SCI-Forest
        Special Needs Unit
        PO Box 945
        Marienville, PA 16239-0945

        All Counsel of Record