IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,  )
    Plaintiff,  )
      )
v.  ) Civil Action No. 12-1332
      )
WARDEN WILLIAM STICKMAN,  )
ET AL.,  )
    Defendants.  )

## ORDER

AND NOW, this 7th day of February, 2013, the Court having received plaintiff's Motion for Leave to Voluntarily Dismiss the Complaint against defendant Darlene Thomas only [document #32], IT IS HEREBY ORDERED that the motion is GRANTED. Defendant Darlene Thomas, identified as "Darlene, Kitchen Manager", is hereby DISMISSED from the instant case and her pending Motion to Dismiss, or in the Alternative, for Summary Judgment [document #23] is DENIED AS MOOT.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:    John Richard Jae, KQ-2569
    SCI-Forest
    Special Needs Unit
    PO Box 945
    Marienville, PA 16239-0945

    All Counsel of Record